JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT PIRESON, | CV 24-11080 PA (SKx) |
| Plaintiff, | JUDGMENT |
| v. | |
| GUY CHIARELLO, | |
| Defendant. | |

Pursuant to the Court's February 13, 2025 Minute Order granting the Motion to Dismiss for lack of personal jurisdiction filed by defendant Guy Chiarello,

IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that this action is dismissed without prejudice.

IT IS SO ORDERED.

DATED: February 13, 2025

_____
Percy Anderson
UNITED STATES DISTRICT JUDGE